# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| **Elizabeth Venturini,** | ) | Case No. 19-24947 |
| | ) | |
| Debtor. | ) | Judge Goldgar |
| | ) | Lake County |

## NOTICE OF MOTION

TO:  Office of Glenn Stearns          Service List
Chapter 13 Trustee
(via Electronic Court Notice)

    YOU ARE HEREBY NOTIFIED that on October 11, 2019 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge A. Benjamin Goldgar, or any Judge sitting in his stead, in Courtroom B, 301 S. Greenleaf Avenue, Park City, Illinois and then and there present the attached **Motion to Transfer Case to Chief Judge for Reassignment,** at which time you may appear if you so deem fit.

                                                                 /s/ David H. Cutler

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, certifies that he caused the above and foregoing Notice and attached Objection to be served on the Trustee via Electronic Court Notice and on the person(s) and/or firm(s) on the attached Service List via regular U.S. Mail with postage prepaid from the mailbox located at 4131 Main St. Skokie, IL 60076, on September 18, 2019.

                                                                  /s/ David H. Cutler

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

American Advisors Group
3800 W Chapman Ave
Orange, CA 92868

American Advisors Group
3900 Capital City Blvd.
Lansing, MI 48906

American Advisors Group
PO Box 39457
Mc Neill, MS 39457

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355

American General Financial Springleaf
4005 W Kane Ave.
Ste M
McHenry, IL 60050

AT&T
208 S Akard St.
Dallas, TX 75202

Byline Bank
3639 N Broadway
Chicago, IL 60613

Cbe Group
Attn: Bankruptcy Dept
PO BOX 900
Waterloo, IA 50704

Cook Counrty Clerks's Office
118 North Clark Street
Room 434
Chicago, IL 60602

Cook County Clerk
69 W. Washington Street, Suite 500
Chicago, IL 60602

Cook County Treasurers Office
118 North Clark Street
Room 112
Chicago, IL 60602

Credit Collection Services
725 Canton Street
Norwood, MA 02062

Credit Corp Solutions
180 Election Road
Suite 200
Draper, UT 84020

HEAVNER BEYERS MIHLAR LLC
111 E MAIN ST #200
Decatur, IL 62523

Kohls/Capital One
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

LVNV Funding/Resurgent Capital
PO BOX 10497
Greenville, SC 29603

Merchants Credit
223 W Jackson Blvd
Suite 700
Chicago, IL 60606

Nationwide Credit Inc
PO BOX 14581
Des Moines, IA 50306

Portfolio Recovery Associates, LLC
Successor to SYNCHRONY Bank
POB 41067
Norfolk, VA 23541

Syncb/Lord & Taylor
Attn: Bankruptcy
PO BOX 965060
Orlando, FL 32896

Synchorny Bank/TJX
Attn: Bankruptcy
PO BOX 965060
Orlando, FL 32896

Synchrony Bank/AVB Buying Group
PO BOX 965036
Orlando, FL 32896

Synchrony Bank/Walmart
Attn: Bankruptcy
PO BOX 965060
Orlando, FL 32896

Target
C/O Financial & Retail Svcs
Mailstopn BT POB 9475
Minneapolis, MN 55440

Visa Dept Store/Macys
Attn: Bankruptcy
PO BOX 8053
Mason, OH 45040

Wells Fargo Bank
PO BOX 10438
Macf8235-02f
Des Moines, IA 50306

Wffnb Retail
PO BOX 94498
Las Vegas, NV 89193

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| **Elizabeth Venturini,** | ) | Case No. 19-24947 |
| | ) | |
| **Debtor.** | ) | Judge Goldgar |
| | ) | Lake County |

### MOTION TO TRANSFER CASE TO CHIEF JUDGE FOR REASSIGNMENT

NOW COMES the Debtor, Elizabeth Venturini, by and through her attorneys, Cutler & Associates Ltd., and in support of her Motion to Transfer Case to Chief Judge for Reassignment, states as follows:

1. The Debtor filed her case on September 4, 2019.

2. The Debtor is a resident of Cook County.

3. That a software error input the Debtor's county as Lake County, not Cook when the Debtors case was electronically filed.

4. As a result, the Debtor's case should be transferred to the Chief Judge for reassignment to Cook County.

WHEREFORE, the Debtor, Elizabeth Venturini, prays for the following relief:

   A. That this case be transferred to the Chief Judge for reassignment to Cook County; and

   B. For such other and further relief as this Court deems equitable and just.

                                                                                    Respectfully Submitted,

Dated:  September 18, 2019

                                                                             By:             /s/ David H. Cutler
                                                                               One of the attorneys for the Debtor

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600