**Form ren341cn**

# United States Bankruptcy Court
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Elizabeth J Venturini
724 Patton Dr
Buffalo Grove, IL 60089
SSN: xxx–xx–2843 EIN: N.A.

Case No. : 19–24947
Chapter : 13
Judge : A. Benjamin Goldgar

Debtor's Attorney:
David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

847–673–8600

Trustee:
Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604

312–431–1300

## RENOTICE 341 MEETING AND CONFIRMATION HEARING

Please take notice that the 341 meeting date has been reset for:

October 21, 2019 , 12:00 PM
224 South Michigan, Suite 800, Chicago, IL 60604

The confirmation hearing has been reset for:

November 12, 2019 , 11:00 AM
219 South Dearborn, Courtroom 642, Chicago, IL 60604

For the Court,

Dated: September 23, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 19-24947-ABG
Elizabeth J Venturini  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: ckeith     Page 1 of 2     Date Rcvd: Sep 23, 2019
                 Form ID: ren341cn    Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2019.
```
db            +Elizabeth J Venturini,    724 Patton Dr,    Buffalo Grove, IL 60089-3433
28167501      +American Advisors Group,    3900 Capital City Blvd.,    Lansing, MI 48906-2147
28167500      +American Advisors Group,    3800 W Chapman Ave,    Orange, CA 92868-1638
28167502       American Advisors Group,    PO Box 39457,    Mc Neill, MS 39457
28167503      +American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern, PA 19355-0701
28167506      +Byline Bank,    3639 N Broadway,    Chicago, IL 60613-4421
28167507      +Cbe Group,    Attn: Bankruptcy Dept,    PO BOX 900,    Waterloo, IA 50704-0900
28167508      +Cook Counrty Clerks's Office,    118 North Clark Street,    Room 434,    Chicago, IL 60602-1413
28167509      +Cook County Clerk,    69 W. Washington Street, Suite 500,    Chicago, IL 60602-3030
28167513      +HEAVNER BEYERS MIHLAR LLC,    111 E MAIN ST #200,    Decatur, IL 62523-1204
28167516      +Merchants Credit,    223 W Jackson Blvd,    Suite 700,    Chicago, IL 60606-6914
28167517      +Nationwide Credit Inc,    PO BOX 14581,    Des Moines, IA 50306-3581
28167523      +Target,    C/O Financial & Retail Svcs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
28167524      +Visa Dept Store/Macys,    Attn: Bankruptcy,    PO BOX 8053,    Mason, OH 45040-8053
28167525      +Wells Fargo Bank,    PO BOX 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
28167526      +Wffnb Retail,    PO BOX 94498,    Las Vegas, NV 89193-4498
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
28167505      +E-mail/Text: g20956@att.com Sep 24 2019 01:59:25      AT&T,    208 S Akard St.,
                Dallas, TX 75202-4206
28167504      +E-mail/PDF: cbp@onemainfinancial.com Sep 24 2019 02:02:35
                American General Financial Springleaf,    4005 W Kane Ave.,    Ste M,    McHenry, IL 60050-6305
28167512       E-mail/Text: customercareus@creditcorpsolutionsinc.com Sep 24 2019 01:56:15
                Credit Corp Solutions,    180 Election Road,    Suite 200,    Draper, UT 84020
28167510      +E-mail/Text: lbankruptcy@cookcountytreasurer.com Sep 24 2019 01:58:42
                Cook County Treasurer's Office,    118 North Clark Street,    Room 112,    Chicago, IL 60602-1590
28167511      +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 24 2019 01:59:56
                Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
28167514      +E-mail/Text: bncnotices@becket-lee.com Sep 24 2019 01:56:43      Kohls/Capital One,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
28180428       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 24 2019 02:03:00      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
28167515      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 24 2019 02:03:31
                LVNV Funding/Resurgent Capital,    PO BOX 10497,    Greenville, SC 29603-0497
28167518       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 24 2019 02:02:47
                Portfolio Recovery Associates, LLC,    Successor to SYNCHRONY Bank,    POB 41067,
                Norfolk, VA 23541
28180093       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 24 2019 02:02:22
                Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
28184777       E-mail/Text: bnc-quantum@quantum3group.com Sep 24 2019 01:57:40
                Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                Kirkland, WA  98083-0788
28167519      +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2019 02:03:12      Syncb/Lord & Taylor,
                Attn: Bankruptcy,    PO BOX 965060,    Orlando, FL 32896-5060
28167520      +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2019 02:02:35      Synchorny Bank/TJX,
                Attn: Bankruptcy,    PO BOX 965060,    Orlando, FL 32896-5060
28172363      +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2019 02:02:35      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
28167521      +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2019 02:02:35      Synchrony Bank/AVB Buying Group,
                PO BOX 965036,    Orlando, FL 32896-5036
28167522      +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2019 02:02:38      Synchrony Bank/Walmart,
                Attn: Bankruptcy,    PO BOX 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 16
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0752-1          User: ckeith              Page 2 of 2              Date Rcvd: Sep 23, 2019
                              Form ID: ren341cn         Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2019 at the address(es) listed below:
              David H Cutler    on behalf of Debtor 1 Elizabeth J Venturini cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              Marilyn O Marshall    courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```