UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Case No. 19-24947 |
|---|---|
| Elizabeth J Venturini, | Chapter 13 |
| Debtor. | Honorable A. Benjamin Goldgar |

## AMENDED NOTICE OF MOTION

TO:   See attached Service List

On April 7, 2020, at 9:30 AM, I shall appear before Bankruptcy Judge A. Benjamin Goldgar, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 642, Chicago, IL 60604, or in his absence, before such other Bankruptcy Judge as may be presiding in his place and stead, and shall then present the Motion for Relief from the Automatic Stay filed by American Advisors Group. A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

> FAIQ MIHLAR (#6274089)
> HEATHER M. GIANNINO (#6299848)
> AMANDA J. WIESE (#6320552)
> CHERYL CONSIDINE (#6242779)
> PINJU CHIU (#6329542)
> HEAVNER, BEYERS & MIHLAR, LLC
> Attorneys at Law
> P.O. Box 740
> Decatur, IL 62525
> Email: bkdept@hsbattys.com
> Telephone: (217) 422-1719
> Facsimile: (217) 422-1754

**Certificate of Service**

I, the undersigned attorney, certify that I served a copy of this notice on each entity shown on the attached list at the address shown or by the method indicated on the list on March 24, 2020, at 5:00 p.m.

*/s/ Amanda J. Wiese*
Amanda J. Wiese

## SERVICE LIST

**Service by Mail:**

Elizabeth J Venturini
724 Patton Drive
Buffalo Grove, Illinois 60089

**Service by Electronic Notice through ECF:**

David H. Cutler
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076

Marilyn O. Marshall
224 S. Michigan, Suite 800
Chicago, IL 60604

Patrick S. Layng
United States Trustee (Region 11)
219 S. Dearborn Street Room 873
Chicago, IL 60604