UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Case No. 19-24947 |
|---|---|
| Elizabeth J Venturini, | Chapter 13 |
| Debtor. | Honorable A. Benjamin Goldgar |

**NOTICE OF DEFAULT AND FAILURE TO COMPLY WITH ORDER**

NOW COMES American Advisors Group by its attorneys, Heavner, Beyers & Mihlar, LLC, and hereby gives notice that the Debtor has failed to comply with the Agreed Order entered on May 12, 2020.  Pursuant to the Order, the Debtor was to cure the post-petition default and make monthly post-petition payments in a timely manner.  The Debtor has failed to tender the monthly payments to cure the post-petition default for the months of June 15, 2020 through August 15, 2020 and pursuant to said Order has fourteen (14) days to pay all delinquent amounts owed, plus any amounts accruing during said period. A post-petition payment history is attached hereto as Exhibit "A".

The breakdown of the default is as follows:
3 Stipulated payments @ $72.83 = $218.49.

Plus the amounts accruing before October 5, 2020:
1 Stipulated Payment in the amount of $72.83;
Attorney Fees in the amount of $50.00

The total amount due as of October 5, 2020, will be $341.32.

DATED: September 21, 2020

American Advisors Group,

By: _____/s/ Amanda J. Wiese_____

Amanda J. Wiese
One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
CHERYL CONSIDINE (#6242779)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754

## CERTIFICATE OF SERVICE

   I, the undersigned attorney, certify that I served a copy of the Notice of Default filed on September 21, 2020, upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on September 21, 2020, and as to the Debtor by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 21st day of September, 2020.

**Service by Mail:**

Elizabeth J Venturini
724 Patton Drive
Buffalo Grove, Illinois
60089

**Service by Electronic Notice through ECF:**

| | | |
|---|---|---|
| David H Cutler | Marilyn O. Marshall | Patrick S. Layng |
| Cutler & Associates, Ltd. | 224 S. Michigan, Suite 800 | United States Trustee |
| 4131 Main Street | Chicago, IL 60604 | (Region 11) |
| Skokie, IL 60076 | | 219 S. Dearborn Street |
| | | Room 873 |
| | | Chicago, IL 60604 |

                 */s/ Amanda J. Wiese*
                  Amanda J. Wiese

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
CHERYL CONSIDINE (#6242779)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754