**EXHIBIT A**

| Agreed Order Ledger | | | | |
|---|---|---|---|---|
| Payment | Due Date | Amount Due | Date Received | Amount Received |
| 1 | 6/15/2020 | $72.83 | Not Received | $0 |
| 2 | 7/15/2020 | $72.83 | Not Received | $0 |
| 3 | 8/15/2020 | $72.83 | Not received | $0 |
| 4 | 9/15/2020 | $72.83 | $0 | |
| 5 | 10/15/2020 | $72.83 | $0 | |
| 6 | 11/15/2020 | $72.83 | $0 | |