UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Case No. 19-24947 |
|---|---|
| Elizabeth J Venturini, | Chapter 13 |
| Debtor. | Honorable A. Benjamin Goldgar |

### NOTICE OF LIFTING OF AUTOMATIC STAY

NOW COMES American Advisors Group by and through its attorneys, Heavner, Beyers & Mihlar, LLC, hereby gives notice that the Debtor has failed to comply with the Order entered on May 12, 2020. That notice of Debtor's default was electronically filed and mailed to the Debtor, Debtor's attorney, the Trustee and the United States Trustee on September 21, 2020. More than fourteen (14) days have passed and the Debtor has failed to cure the default. Pursuant to said Order, the automatic stay is lifted without further hearing or Order of the Court. The Proof of Claim filed on behalf of said Creditor in connection with the Property shall hereby be withdrawn and said Creditor is hereby granted leave to file an unsecured Proof of Claim for the deficiency balance, if any, resulting from the sale of the Property and such Proof of Claim shall be deemed timely filed.

DATED: October 7, 2020

American Advisors Group,

By: _/s/ Amanda J. Wiese_
Amanda J. Wiese
One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
CHERYL CONSIDINE (#6242779)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754

## CERTIFICATE OF SERVICE

      I, the undersigned attorney, certify that I served a copy of the Notice of Lifting of Automatic Stay filed on October 7, 2020, upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on October 7, 2020, and as to the Debtor by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 7th day of October, 2020.

**Service by Mail:**

Elizabeth J Venturini
724 Patton Drive
Buffalo Grove, Illinois
60089

**Service by Electronic Notice through ECF:**

| David H Cutler | Marilyn O. Marshall | Patrick S. Layng |
|---|---|---|
| Cutler & Associates, Ltd. | 224 S. Michigan, Suite 800 | United States Trustee |
| 4131 Main Street | Chicago, IL 60604 | (Region 11) |
| Skokie, IL 60076 | | 219 S. Dearborn Street |
| | | Room 873 |
| | | Chicago, IL 60604 |

                                                              */s/ Amanda J. Wiese*
                                                                    Amanda J. Wiese

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
CHERYL CONSIDINE (#6242779)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754